George Haines, Esq.  E-FILED: July 3, 2018
Nevada Bar No. 9411
David Krieger, Esq.
Nevada Bar No. 9086
HAINES & KRIEGER, LLC
8985 S. Eastern Ave.
Las Vegas, NV 89123
Phone: (702) 880-5554
FAX: (702) 385-5518
Email: info@hainesandkrieger.com
Attorney for Mark Hunter

UNITED STATES BANKRUPTCY COURT

DISTRICT OF NEVADA

| | |
|---|---|
| In Re: | ) Case No. BKS-18-11313-LEB<br>) Chapter 13<br>)<br>) Hearing Date: August 09, 2018<br>) Hearing Time: 2:30PM |
| **Mark Hunter,** | )<br>)<br>) |
| Debtor(s). | )<br>) |

NOTICE OF OBJECTION CLAIM

The above-mentioned Debtor has filed an objection to your claim in this bankruptcy case.

**Your claim may be reduced, modified, or eliminated. You should read these papers carefully and discuss them with your attorney, if you have one.**

If you do not want the court to eliminate or change your claim, then on or before 14 days preceeding the hearing date for this objection, you or your lawyer must file a written response to the objection, explaining your position, at the Bankruptcy Court Clerk's Office, Foley Building, 300 Las Vegas Boulevard South, Las Vegas, NV 89101, 4th Floor pursuant to Local Rule 9014(d)(1):

**<u>Oppositions to a motion must be filed and service must be completed on the movant no later than 14 days preceding the hearing date for the motion. The opposition must set forth all relevant facts and any relevant legal authority. An opposition must be supported by affidavits or declarations that conform to the provisions of LR 9014(c).</u>**

If you mail your response to the court for filing, you must mail it early enough so that the court will **receive** it on or before the date stated above.

You must also send a copy to:

Haines & Krieger, LLC.
8985 S. Eastern Ave.
Las Vegas, NV 89123

Attend the hearing on the objection, scheduled to be held on **August 09, 2018** at **2:30PM** in Courtroom 1, United States Bankruptcy Court, Foley Building, 300 Las Vegas Boulevard South, Las Vegas, NV 89101.

If you do not take these steps, the court may decide that you do not oppose the objection to your claim.

If an objection is not timely filed and served, an order the aforementioned motion and request for relief may be granted.  LR 9014(a)(1).

If you object to the relief requested, you *must* file a **WRITTEN** response to this pleading with the court. You *must* also serve your written response on the person who sent you this notice.

If you do not file a written response with the court, or if you do not serve your written response on the person who sent you this notice, then:

° The court may *refuse to allow you to speak* at the scheduled hearing; and

° The court may *rule against you* without formally calling the matter at the hearing.

/./././

**NOTICE IS FURTHER GIVEN** that the hearing on said **OBJECTION TO ARMY & ARI FORCE EXCHANGE SERVICES's PROOF OF CLAIM NO. 6-1.** will be held before United States Bankruptcy Judge Laurel E. Babero, in the Foley Building, 300 Las Vegas Boulevard South, 3rd Floor, on **August 09, 2018** at **2:30PM.**

DATED July 3, 2018

HAINES & KRIEGER, L.L.C.

By: /s/George Haines, Esq.
George Haines, Esq.
8985 S Eastern Ave.
Las Vegas, NV 89123