George Haines, Esq.  
Nevada Bar No. 9411  
David Krieger, Esq.  
Nevada Bar No. 9086  
HAINES & KRIEGER, LLC  
8985 S. Eastern Ave.  
Las Vegas, NV 89123  
Phone: (702) 880-5554  
FAX: (702) 385-5518  
Email: info@hainesandkrieger.com  
Attorney for Mark Hunter

E-FILED: September 21, 2018

# UNITED STATES BANKRUPTCY COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| **In Re:** | **Case No. BKS-18-11313-leb** |
| | **Chapter 13** |
| Mark Hunter, **Debtor (s)** | **Hearing Date:   September 20, 2018** |
| | **Hearing Time:   2:30 P.M.** |

## DEBTORS' NOTICE OF WITHDRAWAL

COME NOW for Mark Hunter, by and through their attorney, David Krieger, Esq., of the LAW OFFICES OF HAINES & KRIEGER, LLC, and hereby withdraws:

- *Objection to Claim 6-1 of Army and Air Force Exchange Services,* Docket No: 20.

Accordingly, all hearings in this matter should be vacated.

Dated: September 21, 2018.

/s/ David Krieger, Esq.  
**Attorney for Debtor(s)**

- 1 -